IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CLAUDE E. DIXON,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **Civil Action No. 4:15-cv-19** |
| **CHRISTOPHER DIXON and SHEREEN DIXON,** | § § § § | |
| **Defendants.** | § § § | |

## ORDER ACCEPTING FINDINGS , CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 43. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation de novo. 28 U.S.C. §636(b)(1). Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Defendants' Motion for Summary Judgment (ECF No. 41) is **GRANTED** on all claims.

**SO ORDERED** on this **20th day** of **July, 2016.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**